# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:18-cv-120 |
| v. | |
| $171,644.01 IN UNITED STATES CURRENCY, | |
| Defendant. | |

## VERIFIED CLAIM ON BEHALF OF INTELEMEDIA COMMUNICATION

Intelemedia Communication hereby makes claim as owner of property alleged to be subject to forfeiture in this case as described above, specifically $49,068.00 in United States Currency. Intelemedia Communication was victim of the business email compromise scam described in Paragraph 8 of the Verified Complaint for Forfeiture in Rem filed in this matter on February 22, 2018.  [Doc. 1]

## VERIFICATION

I, David Schreck, President and CEO of Intelemedia Communications, am familiar with the contents of Verified Claim on Behalf of Intelemedia Communications.  I am authorized by Intelemedia Communications to make and execute this Verification.  I have read the Verified Claim and affirm that its contents are true to the best of my knowledge and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this **27** day of **February**, 2019 in **Plano, Texas** (city/state).

_David Schreck_
Signature

_DAVID Schreck_
(print name)

<table>
<tr><td>March 1, 2019</td><td>Respectfully submitted,<br><br>**PERKINS COIE, LLP**<br><br>By: */s/ Hayden M. Schottlaender*<br>Hayden M. Schottlaender (lead attorney)<br>Texas Bar No. 24098391<br>HSchottlaender@perkinscoie.com<br><br>**PERKINS COIE LLP**<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201-3347<br>Telephone:  214-965-7700<br>Facsimile: 214-965-7799<br><br>ATTORNEYS FOR INTELEMEDIA COMMUNICATIONS</td></tr>
</table>

The undersigned hereby certifies that a copy of the foregoing has been e-filed with this Court via CM/ECF and that a copy will be sent via U.S. Mail on this 1st day of March 2019 to:

Kevin McClendon
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, TX 75074

*/s/ Hayden M. Schottlaender*