**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 4:18-cv-120 |
| v. | |
| $171,644.01 IN UNITED STATES CURRENCY, | |
| Defendant. | |

**INTELEMEDIA COMMUNICATIONS' ANSWER**

1. Intelemedia Communications admits the allegations in Paragraph 1.

2. Intelemedia Communications admits the allegations in Paragraph 2.

3. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 3.

4. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 4.

5. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 5.

6. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 6.

7. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 7.

8. Intelemedia Communications lacks sufficient information to admit or deny the allegations in Paragraph 8 as they related to Raju Karamchandani.  Intelemedia Communications

further states that, consistent with the Verified Claim it filed on March 1, 2019, it is a claimant to the Defendant Property.

9. Intelemedia Communications lacks sufficient information to admit or deny the claim for relief in Paragraph 9. Intelemedia Communications further requests that this Court order that the Defendant Property be released to it consistent with the Verified Claim it filed on March 1, 2019.

March 22, 2019

Respectfully submitted,

**PERKINS COIE, LLP**

By: */s/ Hayden M. Schottlaender*
    Hayden M. Schottlaender (lead attorney)
    Texas Bar No. 24098391
    HSchottlaender@perkinscoie.com

    **PERKINS COIE LLP**
    500 N. Akard Street, Suite 3300
    Dallas, TX 75201-3347
    Telephone: 214-965-7700
    Facsimile: 214-965-7799

    ATTORNEYS FOR INTELEMEDIA
    COMMUNICATIONS

The undersigned hereby certifies that a copy of the foregoing has been e-filed with this Court via CM/ECF and that a copy will be sent via U.S. Mail this March 22, 2019 to:

Kevin McClendon
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, TX 75074

*/s/ Hayden M. Schottlaender*

**INTELEMEDIA COMMUNICATIONS' ANSWER**        **Page 2**
143771685.1